# Exhibit A

**Int. Cl.: 5**

**Prior U.S. Cls.: 6, 18, 44, 46, 51, and 52**

**United States Patent and Trademark Office**

Reg. No. 3,393,576

Registered Mar. 4, 2008

## TRADEMARK
### PRINCIPAL REGISTER

# CONTRAVE

OREXIGEN THERAPEUTICS, INC. (DELAWARE CORPORATION)
SUITE 160
12481 HIGH BLUFF DRIVE
SAN DIEGO, CA 92130

FOR: PHARMACEUTICAL PREPARATIONS FOR USE IN THE TREATMENT OF OBESITY AND INDUCING WEIGHT LOSS, IN CLASS 5 (U.S. CLS. 6, 18, 44, 46, 51 AND 52).

FIRST USE 10-2-2007; IN COMMERCE 10-2-2007.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 78-979,619, FILED 1-6-2006.

JULIE WATSON, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,181,874**

**Registered Apr. 11, 2017**

**Int. Cl.: 5, 16, 44**

**Service Mark**

**Trademark**

**Principal Register**

Orexigen Therapeutics, Inc. (DELAWARE CORPORATION)
3344 North Torrey Pines Court, Suite 200
La Jolla, CA 92037

CLASS 5: Pharmaceutical preparations for use in the treatment of obesity and inducing weight loss

FIRST USE 9-00-2014; IN COMMERCE 9-00-2014

CLASS 16: Printed materials, namely, brochures, newsletters and bulletins on the topic of weight management and treatment of obesity

FIRST USE 9-00-2014; IN COMMERCE 9-00-2014

CLASS 44: Medical information services, including the services of providing health information in the field of weight management and the treatment of obesity

FIRST USE 9-00-2014; IN COMMERCE 9-00-2014

The mark consists of a series of bars of descending height above the word "Contrave".

OWNER OF U.S. REG. NO. 3393576

SER. NO. 86-026,234, FILED 08-01-2013
CHERYL A CLAYTON, EXAMINING ATTORNEY



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and  an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# GET CONTRAVE NOW

**Reg. No. 5,586,961**

**Registered Oct. 16, 2018**

**Int. Cl.: 44**

**Service Mark**

**Principal Register**

NALPROPION PHARMACEUTICALS, INC.  (DELAWARE CORPORATION)
10 North Park Place, Suite 201
Morristown, NEW JERSEY 07960

CLASS 44: Online pharmaceutical advice, namely, providing online consultation and information for the ordering of pharmaceuticals; Providing information in the field of weight management and the treatment of obesity

FIRST USE 12-14-2016; IN COMMERCE 12-14-2016

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 3393576

SER. NO. 87-301,815, FILED 01-13-2017



Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# TRADEMARK ASSIGNMENT COVER SHEET

Electronic Version v1.1
Stylesheet Version v1.2

ETAS ID: TM484619

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT OF THE ENTIRE INTEREST AND THE GOODWILL |

## CONVEYING PARTY DATA

| Name | Formerly | Execution Date | Entity Type |
|---|---|---|---|
| Orexigen Therapeutics, Inc. | | 07/13/2018 | Corporation: DELAWARE |

## RECEIVING PARTY DATA

| | |
|---|---|
| **Name:** | Nalpropion Pharmaceuticals, Inc. |
| **Street Address:** | 10 North Park Place, Suite 201 |
| **City:** | Morristown |
| **State/Country:** | NEW JERSEY |
| **Postal Code:** | 07960 |
| **Entity Type:** | Corporation: DELAWARE |

## PROPERTY NUMBERS Total: 8

| Property Type | Number | Word Mark |
|---|---|---|
| Registration Number: | 3396807 | OREXIGEN |
| Registration Number: | 3396021 | OREXIGEN |
| Registration Number: | 3393576 | CONTRAVE |
| Serial Number: | 87292362 | BRAINS BEHIND WEIGHT LOSS |
| Registration Number: | 5181874 | CONTRAVE |
| Serial Number: | 87301815 | GET CONTRAVE NOW |
| Serial Number: | 87307659 | GCN |
| Serial Number: | 85643605 | WEIGHTMATE |

## CORRESPONDENCE DATA

| | |
|---|---|
| **Fax Number:** | 2026002261 |

***Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.***

| | |
|---|---|
| **Phone:** | (202) 600-2270 |
| **Email:** | aspivak@mosaiclegalgroup.com |
| **Correspondent Name:** | Andrew N. Spivak |
| **Address Line 1:** | 5185 MacArthur Boulevard, NW, Suite 350 |
| **Address Line 4:** | Washington, D.C. 20016-3341 |

| NAME OF SUBMITTER: | Andrew N. Spivak |
|---|---|
| SIGNATURE: | /Andrew N. Spivak/ |

OP $215.00 3396807

| DATE SIGNED: | 08/03/2018 |
|---|---|

**Total Attachments: 14**

source=Orexigen-Nalpropion Trademark Assignment - Redacted#page1.tif

source=Orexigen-Nalpropion Trademark Assignment - Redacted#page2.tif

source=Orexigen-Nalpropion Trademark Assignment - Redacted#page3.tif

source=Orexigen-Nalpropion Trademark Assignment - Redacted#page4.tif

source=Orexigen-Nalpropion Trademark Assignment - Redacted#page5.tif

source=Orexigen-Nalpropion Trademark Assignment - Redacted#page6.tif

source=Orexigen-Nalpropion Trademark Assignment - Redacted#page7.tif

source=Orexigen-Nalpropion Trademark Assignment - Redacted#page8.tif

source=Orexigen-Nalpropion Trademark Assignment - Redacted#page9.tif

source=Orexigen-Nalpropion Trademark Assignment - Redacted#page10.tif

source=Orexigen-Nalpropion Trademark Assignment - Redacted#page11.tif

source=Orexigen-Nalpropion Trademark Assignment - Redacted#page12.tif

source=Orexigen-Nalpropion Trademark Assignment - Redacted#page13.tif

source=Orexigen-Nalpropion Trademark Assignment - Redacted#page14.tif

## INTELLECTUAL PROPERTY ASSIGNMENT AGREEMENT

**THIS INTELLECTUAL PROPERTY ASSIGNMENT AGREEMENT** (this "Assignment"), effective as of the Closing (the "Effective Date"), is by and between **OREXIGEN THERAPEUTICS, INC.**, a Delaware corporation ("Assignor") and **NALPROPION PHARMACEUTICALS, INC.**, a Delaware corporation ("Assignee").

### W I T N E S S E T H:

WHEREAS, pursuant to the terms and subject to the conditions of the Asset Purchase Agreement, dated April 23, 2018 (the "Asset Purchase Agreement"), between Assignee and Assignor, Assignor has agreed to sell to Assignee, and Assignee has agreed to purchase from Assignor, among other things, the Purchased Assets;

PARAGRAPH REDACTED

WHEREAS, pursuant to the Asset Purchase Agreement, Assignor desires to sell, assign, convey, deliver and transfer the entire right, title and interest in, to and under all of the Intellectual Property included in the Purchased Assets, including the Intellectual Property set forth on Exhibit A hereto (the "Assigned IP"), to Assignee and Assignee desires to acquire the entire right, title and interest in, to and under such Assigned IP.

NOW, THEREFORE, for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, and as more fully set forth in the Asset Purchase Agreement and subject to the terms and conditions therein, the parties hereto, intending to be legally bound, hereby agree as follows:

1. Unless otherwise defined herein, all capitalized terms used herein shall have the meanings ascribed to such terms in the Asset Purchase Agreement.

2. Assignor hereby irrevocably sells, assigns, conveys, delivers and transfers to Assignee the entire right, title and interest in, to and under (i) the Assigned IP, together with all goodwill associated therewith, in each case to be held and enjoyed by Assignee for its own use and enjoyment as fully and entirely as the same would have been held and enjoyed by Assignor if this assignment and sale had not been made, including the right to claim priority under the International Convention for the Protection of Industrial Property and under any other international arrangement to which the United States of America is or hereafter becomes a signatory (but not, for the avoidance of doubt, any Excluded Liability), (ii) all rights to sue, claim and recover for past, present and future infringement, misappropriation, dilution or other violation of any Assigned IP, and (iii) all income, royalties, damages and payments now or hereafter due or payable with respect to any of the foregoing.

PARAGRAPH REDACTED

4.    Upon the reasonable request by Assignee, Assignor shall execute all documents and take all actions as may be necessary or desirable to enable Assignee to prosecute, perfect, enforce, defend, register and/or record its right, title and interest in, to and under the Assigned IP, in each case, without further compensation but at the expense of Assignee.  In the event that Assignor fails to execute any such document or take any such action as set forth in the preceding sentence, Assignor hereby designates Assignee as Assignor's agent, and hereby grants to Assignee a power of attorney with full power of substitution, which power of attorney shall be deemed coupled with an interest, solely for the purpose of executing such documents or taking such actions.

5.    Assignor hereby authorizes and requests the officials of the United States Copyright Office and the United States Patent and Trademark Office, and the corresponding entities or agencies in any applicable foreign jurisdiction, to record and register Assignee as assignee and owner of the entire right, title and interest in, to and under the Assigned IP.

PARAGRAPH REDACTED

PARAGRAPH REDACTED

PARAGRAPH REDACTED

PARAGRAPH REDACTED

2

10.    This Assignment may be executed in counterparts, each of which shall be deemed an original, but all of which together shall be deemed to be one and the same agreement. A signed copy of this Assignment delivered by facsimile, e-mail or other means of electronic transmission shall be deemed to have the same legal effect as delivery of an original signed copy of this Assignment.

[SIGNATURE PAGES FOLLOW]

3

IN WITNESS WHEREOF, the parties hereto, through their authorized representatives, have caused this Assignment to be duly executed and delivered as of the Effective Date.

**AS ASSIGNOR:**

**OREXIGEN THERAPEUTICS, INC.**

By: _____

Name: Thomas P. Lynch

Title:   Executive Vice President, Chief
         Administrative Officer, General
         Counsel and Secretary

STATE OF                    )
                            ) ss
COUNTY OF                   )

On the _____ day of _____, _____, before me personally came _____, who is personally known to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and did depose and say to me that he or she executed the same in his or her capacity as _____ of _____, the entity described in and which executed the foregoing instrument, and that he or she executed and delivered said instrument pursuant to authority given by the board of directors of such entity (or other applicable authority of such entity).

_____
Notary Public

*See attached*
*certificate*

(PLACE STAMP AND SEAL ABOVE)

*[Signature Page to Intellectual Property Assignment Agreement]*

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**                    CIVIL CODE § 1189

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California                               )
County of San Diego                              )

On June 10, 2018 before me, Reyna Palacio, Notary Public
　　　　　Date　　　　　　　　　　　Here Insert Name and Title of the Officer

personally appeared Thomas P. Lynch
　　　　　　　　　　　　　　Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

REYNA PALACIO
Notary Public - California
San Diego County
Commission # 2155964
My Comm. Expires Jun 6, 2020

Signature _____
　　　　　　　　Signature of Notary Public

Place Notary Seal Above
─────────────── OPTIONAL ───────────────
Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.

**Description of Attached Document**
Title or Type of Document: IP assignment agreement  Document Date: July 13, 2018
Number of Pages: 79  Signer(s) Other Than Named Above: no other signers

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: Thomas P. Lynch
☒ Corporate Officer — Title(s): EVP, General counsel
☐ Partner — ☐ Limited ☐ General
☐ Individual ☐ Attorney in Fact
☐ Trustee ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: Urogen Therapeutics, Inc.

Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Individual ☐ Attorney in Fact
☐ Trustee ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)    Item #5907

**TRADEMARK**
**REEL: 006403 FRAME: 0948**

IN WITNESS WHEREOF, the parties hereto, through their authorized representatives, have caused this Assignment to be duly executed and delivered as of the Effective Date.

AS ASSIGNEE:

NALPROPION
PHARMACEUTICALS, INC.

By: _____
Name: John A. Sedor
Title:   Chief Executive Officer

STATE OF  NEW JERSEY   )
                                           ) ss
COUNTY OF  MORRIS      )

On the 11ᵗʰ day of July , 2018, before me personally came John A. Sedor who is personally known to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and did depose and say to me that he or she executed the same in his or her capacity as CEO of Nalpropion , the entity described in and which executed the foregoing instrument, and that he or she executed and delivered said instrument pursuant to authority given by the board of directors of such entity (or other applicable authority of such entity).

MARGARET A. PETER
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 6/20/2023

_____
Notary Public

{PLACE STAMP AND SEAL ABOVE}

*[Signature Page to Intellectual Property Assignment Agreement]*



EXHIBIT A

ASSIGNED IP

TABLE

REDACTED

A-1

TRADEMARK
REEL: 006403 FRAME: 0950

## Trademarks

| Case No. and Country | Trademark | App. No. App. Date | Reg No. Reg Date. | Class(es) |
|---|---|---|---|---|
| OREX.031WEU European Community | OREXIGEN THERAPEUTICS, INC. | 4744298 11/16/2005 | 4744298 11/22/2006 | 5 |
| OREX.031WJP Japan | OREXIGEN THERAPEUTICS, INC. | 2005-107980 11/16/2005 | 4937667 3/17/2006 | 5 |
| OREX.076T United States | OREXIGEN | 78/960,760 8/25/2006 | 3396807 3/11/2008 | 5,16,44 |
| OREX.185WBR Brazil | OREXIGEN | 840.506.350 05/06/13 | 840.506.350 02/23/16 | 5 |
| OREX.186WBR Brazil | OREXIGEN | 840.506.430 05/06/13 | 840.506.430 02/23/16 | 16 |
| OREX.187WBR Brazil | OREXIGEN | 840.506.414 05/06/13 | 840.506.414 02/23/16 | 41 |
| OREX.188WBR Brazil | OREXIGEN | 840.506.376 05/06/13 | 840.506.376 02/23/16 | 44 |
| OREX.039WCA Canada | OREXIGEN | 1295336 3/16/2006 | TMA730368 12/8/2008 | 5 |
| OREX.039WEU European Community | OREXIGEN | 4993441 3/17/2006 | 4993441 3/15/2007 | 5 |
| OREX.039WJP Japan | OREXIGEN | 2006-024597 3/20/2006 | 4971768 7/21/2006 | 5 |
| OREX.185WRU Russia | OREXIGEN | 2013715405 05/07/13 | 521619 09/03/14 | 5, 16, 41, 44 |
| OREX.040T United States | OREXIGEN | 78/718,907 9/22/2005 | 3396021 3/11/2008 | 5 |
| OREX.040WCA Canada | OREXIGEN | 1295335 3/16/2006 | TMA730367 12/8/2008 | 5 |
| OREX.040WEU European Community | OREXIGEN | 4993671 3/17/2006 | 4993671 3/15/2007 | 5 |

A-64

**TRADEMARK**
**REEL: 006403 FRAME: 0951**

| Case No. and Country | Trademark | App. No. App. Date | Reg No. Reg Date. | Class(es) |
|---|---|---|---|---|
| OREX.040WJP Japan | OREXIGEN | 2006-024598 3/20/2006 | 5045580 5/11/2007 | 5 |
| Case No. Country | Trademark | App. No. App. Date | Reg No. Reg Date. | Class(es) |
| OREX.072WJP Japan | | 2006-109628 11/27/2006 | 5050062 5/25/2007 | 5,16,44 |
| OREX.395T United States | BRAINS BEHIND WEIGHT LOSS | 87/292,362 01/06/17 | | 41, 44 |
| OREX.056TD1 United States | CONTRAVE | 78/979,619 1/6/2006 | 3393576 3/4/2008 | 5 |
| OREX.382WAU Australia | CONTRAVE | 1702042 06/22/15 | 1702042 06/22/15 | 5 |
| OREX.385IBH International Registration - Bahrain | CONTRAVE | 1326964 11/01/16 | | 5 |
| OREX.189WBR Brazil | CONTRAVE | 840.507.305 05/07/13 | 840.507.305 02/23/16 | 5 |
| OREX.190WBR Brazil | CONTRAVE | 840.507.313 05/07/13 | 840.507.313 02/23/16 | 16 |
| OREX.191WBR Brazil | CONTRAVE | 840.507.321 05/07/13 | 840.507.321 02/23/16 | 41 |
| OREX.192WBR Brazil | CONTRAVE | 840.507.348 05/07/13 | 840.507.348 02/23/16 | 44 |
| OREX.056WCA Canada | CONTRAVE | 1306356 6/8/2006 | 765793 05/05/10 | 5 |
| OREX.144WCA Canada | CONTRAVE | 1454998 10/5/2009 | | 16, 44 |
| OREX.385IEG International Registration - Egypt | CONTRAVE | 1326964 11/01/16 | | 5 |
| OREX.056WEU European Community | CONTRAVE | 5161211 6/12/2006 | 5161211 5/16/2007 | 5,16,44 |

A-65

| Case No. and Country | Trademark | App. No. App. Date | Reg No. Reg Date. | Class(es) |
|---|---|---|---|---|
| OREX.382WIN India | CONTRAVE | 3031053 08/12/15 | 3031053 08/12/15 | 5 |
| OREX.352WWO International Registration | CONTRAVE | 1230877 09/23/14 | 1230877 09/23/14 | 5 |
| OREX.385WWO International Registration | CONTRAVE | 1326964 11/01/16 | 1326964 11/01/16 | 5 |
| OREX.385IIR International Registration - Iran | CONTRAVE | 1326964 11/01/16 | | 5 |
| OREX.385WIQ Iraq | CONTRAVE | 74980 12/19/17 | | 5 |
| OREX.056WJP Japan | CONTRAVE | 2006-054226 6/12/2006 | 5018316 1/12/2007 | 5,16,44 |
| OREX.385WJO Jordan | CONTRAVE | 149932 11/03/16 | 149932 11/03/16 | 5 |
| OREX.376WKR Korea | CONTRAVE | 40-2015-5778 01/26/15 | 40-1132532 09/25/15 | 5 |
| OREX.385WKW Kuwait | CONTRAVE | 184927 11/06/16 | | 5 |
| OREX.385WLB Lebanon | CONTRAVE | 60101 11/28/16 | 177044 12/06/16 | 5 |
| OREX.352IMX International Registration - Mexico | CONTRAVE | 1230877 09/23/14 | 1230877 09/23/14 | 5 |
| OREX.385IOM International Registration - Oman | CONTRAVE | 1326964 11/01/16 | | 5 |
| OREX.385WPK Pakistan | CONTRAVE | 474398 11/03/17 | | 5 |
| OREX.385WQA Qatar | CONTRAVE | 111203 01/01/17 | 111203 12/10/17 | 5 |

A-66

**TRADEMARK**
**REEL: 006403 FRAME: 0953**

| Case No. and Country | Trademark | App. No. App. Date | Reg No. Reg Date. | Class(es) |
|---|---|---|---|---|
| OREX.189WRU Russian Federation | CONTRAVE | 2013715407 05/07/13 | 534137 02/09/15 | 5, 16, 41, 44 |
| OREX.385WSA Saudi Arabia | CONTRAVE | 1438007000 12/21/16 | 1438007000 03/07/17 | 5 |
| OREX.385W2A South Africa | CONTRAVE | 2016/32554 11/07/16 | | 5 |
| OREX.385WVN Vietnam | CONTRAVE | 4-2015-20928 08/06/15 | | 5 |
| OREX.194T United States | Contrave | 86/026,234 8/1/13 | 5,181,874 04/11/17 | 5, 16, 44 |
| OREX.155WCA Canada | Contrave | 1488558 7/7/2010 | | 5, 16, 44 |
| OREX.155WEU European Community | Contrave | 9238247 07/12/10 | 9238247 12/24/10 | 5, 16, 44 |
| OREX.155WJP Japan | Contrave | 2010-057466 07/22/10 | 5364307 10/29/10 | 5, 16, 44 |
| OREX.057WEU European Community | EMPATIC | 5843073 4/4/2007 | 5843073 3/4/2008 | 5, 16, 44 |
| OREX.391T United States | GET CONTRAVE NOW | 87/301,815 01/13/17 | | 5, 44 |
| OREX.396T United States | GCN | 87/307,659 01/19/17 | | 5, 44 |
| OREX.176WCN China | LESS WEIGHT MORE SUPPORT | 11845236 12/05/12 | 11845236 05/21/14 | 41 |
| OREX.182WCN China | LESS WEIGHT MORE SUPPORT | 11845235 12/05/12 | 11845235 05/21/14 | 44 |
| OREX.176WEU European Community | LESS WEIGHT MORE SUPPORT | 11397106 12/04/12 | 11397106 05/02/13 | 41, 44 |
| OREX.176WJP Japan | LESS WEIGHT MORE SUPPORT | 2012-097725 12/03/12 | 5622351 10/11/13 | 41, 44 |

TRADEMARK
REEL: 006403 FRAME: 0954

| Case No. and Country | Trademark | App. No. App. Date | Reg No. Reg Date. | Class(es) |
|---|---|---|---|---|
| OREX.390WAL Albania | MYSIMBA | AL/T/2016/701 09/19/16 | 17719 04/04/17 | 5, 16, 44 |
| OREX.383WAU Australia | MYSIMBA | 1702044 06/22/15 | 1702044 06/22/15 | 5 |
| OREX.390WBA Bosnia and Herzegovina | MYSIMBA | BAZ1619717A 09/21/16 | | 5, 16, 44 |
| OREX.390WCA Canada | MYSIMBA | 1796815 08/16/16 | | 5, 16, 44 |
| OREX.316WEU European Community | MYSIMBA | 13395199 10/23/14 | 13395199 03/16/15 | 5, 16, 44 |
| OREX.383WIN India | MYSIMBA | 3031054 08/12/15 | | 5 |
| OREX.380WKR Korea | MYSIMBA | 40-2015-33484 05/07/15 | 40-1159113 02/04/16 | 5 |
| OREX.390WMK Macedonia | MYSIMBA | TM/MK/2016/0000890 09/19/16 | 25306 11/27/17 | 5, 16, 44 |
| OREX.390WME Montenegro | MYSIMBA | Z-348/2016 09/19/16 | 13544 09/19/16 | 5, 16, 44 |
| OREX.390WKV Kosovo | MYSIMBA | KS/M/2016/1281 10/07/16 | 21279 10/07/16 | 5, 16, 44 |
| OREX.316WNO Norway | MYSIMBA | 201412617 11/03/14 | 279915 01/22/15 | 5, 16, 44 |
| OREX.390WRS Serbia | MYSIMBA | Z-2016/1542 09/19/16 | 72493 04/18/17 | 5, 16, 44 |
| OREX.390WZA South Africa | MYSIMBA | 2016/32555 11/07/16 | | 5 |
| OREX.316WCH Switzerland | MYSIMBA | 62465/2014 10/23/14 | 668167 01/07/15 | 5, 16, 44 |
| OREX.390WTR Turkey | MYSIMBA | 2016/89803 11/10/16 | 2016 89803 04/06/17 | 5 |
| OREX.172T United States | WEIGHTMATE | 85/643,605 06/05/12 | 4584983 08/12/14 | 41, 44 |
| OREX.172WBR Brazil | WEIGHTMATE | 840352999 12/04/12 | 840352999 01/05/16 | 41 |

A-68

TRADEMARK
REEL: 006403 FRAME: 0955

| Case No. and Country | Trademark | App. No. App. Date | Reg No. Reg Date | Class(es) |
|---|---|---|---|---|
| OREX.181WBR Brazil | WEIGHTMATE | 840352964 12/04/12 | 840352964 10/27/15 | 44 |
| OREX.172WCA Canada | WEIGHTMATE | 1605157 12/03/12 | | 41, 44 |
| OREX.172WCN China | WEIGHTMATE | 11845238 12/05/12 | 11845238 05/21/14 | 41 |
| OREX.181WCN China | WEIGHTMATE | 11845237 12/05/12 | 11845237 05/21/14 | 44 |
| OREX.172WEU European Community | WEIGHTMATE | 11396611 12/04/12 | 11396611 05/02/13 | 41, 44 |
| OREX.172WJP Japan | WEIGHTMATE | 2012-097724 12/03/12 | 5622350 10/11/13 | 41, 44 |
| OREX.318WEU European Community | YISINGA | 13000989 06/16/14 | 13000989 11/07/14 | 5, 16, 44 |
| OREX.318WNO Norway | YISINGA | 201409416 08/18/14 | 278552 10/28/14 | 5, 16, 44 |
| OREX.318WCH Switzerland | YISINGA | 59006/2014 08/04/14 | 664736 10/09/14 | 5, 16, 44 |

TRADEMARK
REEL: 006403 FRAME: 0956

REDACTED

A-70

# TRADEMARK ASSIGNMENT COVER SHEET

Electronic Version v1.1                                                      ETAS ID: TM545392
Stylesheet Version v1.2

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ENTITY CONVERSION |

### CONVEYING PARTY DATA

| Name | Formerly | Execution Date | Entity Type |
|---|---|---|---|
| Nalpropion Pharmaceuticals, Inc. | | 09/27/2019 | Corporation: DELAWARE |

### RECEIVING PARTY DATA

| | |
|---|---|
| Name: | Nalpropion Pharmaceuticals LLC |
| Street Address: | 10 North Park Place, Suite 201 |
| City: | Morristown |
| State/Country: | NEW JERSEY |
| Postal Code: | 07960 |
| Entity Type: | Limited Liability Company: DELAWARE |

### PROPERTY NUMBERS Total: 9

| Property Type | Number | Word Mark |
|---|---|---|
| Registration Number: | 3396021 | OREXIGEN |
| Registration Number: | 3396807 | OREXIGEN |
| Registration Number: | 3393576 | CONTRAVE |
| Registration Number: | 4584983 | WEIGHTMATE |
| Registration Number: | 5181874 | CONTRAVE |
| Registration Number: | 5586961 | GET CONTRAVE NOW |
| Registration Number: | 5735425 | NALPROPION |
| Registration Number: | 5735551 | NALPROPION PHARMACEUTICALS |
| Serial Number: | 87292362 | BRAINS BEHIND WEIGHT LOSS |

OP  $240.00  3396021

### CORRESPONDENCE DATA

**Fax Number:**              2026002261

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

| | |
|---|---|
| Phone: | (202) 600-2270 |
| Email: | aspivak@mosaiclegalgroup.com |
| Correspondent Name: | Andrew Spivak c/o Mosaic Legal Group |
| Address Line 1: | 5185 MacArthur Boulevard, NW, Suite 350 |
| Address Line 4: | Washington, D.C. 20016-3341 |

| NAME OF SUBMITTER: | Andrew N. Spivak |
|---|---|

| SIGNATURE: | /Andrew N. Spivak/ |
|---|---|
| DATE SIGNED: | 10/16/2019 |

**Total Attachments: 6**
source=Nalpropion Pharmaceuticals Inc. to LLC - Delaware Conversion Document#page1.tif
source=Nalpropion Pharmaceuticals Inc. to LLC - Delaware Conversion Document#page2.tif
source=Nalpropion Pharmaceuticals Inc. to LLC - Delaware Conversion Document#page3.tif
source=Nalpropion Pharmaceuticals Inc. to LLC - Delaware Conversion Document#page4.tif
source=Nalpropion Pharmaceuticals Inc. to LLC - Delaware Conversion Document#page5.tif
source=Nalpropion Pharmaceuticals Inc. to LLC - Delaware Conversion Document#page6.tif

# Delaware

### The First State

Page 1

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THAT THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF CONVERSION OF A DELAWARE CORPORATION UNDER THE NAME OF "NALPROPION PHARMACEUTICALS, INC." TO A DELAWARE LIMITED LIABILITY COMPANY, CHANGING ITS NAME FROM "NALPROPION PHARMACEUTICALS, INC." TO "NALPROPION PHARMACEUTICALS LLC", FILED IN THIS OFFICE ON THE TWENTY-SEVENTH DAY OF SEPTEMBER, A.D. 2019, AT 1:50 O`CLOCK P.M.



6848244  8100V
SR# 20197269860

You may verify this certificate online at corp.delaware.gov/authver.shtml

Authentication: 203683994
Date: 09-27-19

**TRADEMARK
REEL: 006772 FRAME: 0526**

State of Delaware
Secretary of State
Division of Corporations
Delivered 01:50 PM 09/27/2019
FILED 01:50 PM 09/27/2019
SR 20197269869 - File Number 6848744

## CERTIFICATE OF CONVERSION
## FROM A CORPORATION
## TO A LIMITED LIABILITY COMPANY

Pursuant to Section 18-214 of the Delaware Limited Liability Company Act and Section 266 of the General Corporation Law of the State of Delaware

1.      The name of the Corporation immediately prior to the filing of this Certificate of Conversion is Nalpropion Pharmaceuticals, Inc.

2.      The Corporation was originally incorporated on April 17, 2018, under the laws of the State of Delaware. The jurisdiction of the Corporation immediately prior to the filing of this Certificate of Conversion is the State of Delaware.

3.      The name of the Limited Liability Company into which the Corporation shall be converted, as set forth in its Certificate of Formation, is Nalpropion Pharmaceuticals LLC.

*[Signature page follows]*

IN WITNESS WHEREOF, the undersigned has executed this
Certificate of Conversion as of this 27 day of September, 2019.

NALPROPION PHARMACEUTICALS, INC.

By:

Name: Aaron Baratta
Title:  Vice President of Sales

*[Signature page to Certificate of Conversion]*

**TRADEMARK**
**REEL: 006772 FRAME: 0528**



# Delaware

### The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE DO HEREBY CERTIFY THAT THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF FORMATION OF "NALPROPION PHARMACEUTICALS LLC" FILED IN THIS OFFICE ON THE TWENTY-SEVENTH DAY OF SEPTEMBER, A.D. 2019, AT 1:50 O`CLOCK P.M.



6848244  8100V
SR# 20197259860

You may verify this certificate online at corp.delaware.gov/authver.shtml

Authentication: 203623994
Date: 09-27-19

**TRADEMARK**
**REEL: 006772 FRAME: 0529**

State of Delaware
Secretary of State
Division of Corporations
Delivered 01:58 PM 09/27/2013
FILED 01:59 PM 09/27/2013
SR 20197269860 - File Number 6848244

## LIMITED LIABILITY COMPANY
## CERTIFICATE OF FORMATION

1.    The name of the limited liability company is Nalpropion Pharmaceuticals LLC.

2.    The address of its registered office in the State of Delaware is 251 Little Falls Drive, Wilmington, New Castle County, Delaware 19808. The name of its registered agent at such address is Corporation Service Company.

*[Signature page follows]*

**TRADEMARK**
**REEL: 006772 FRAME: 0530**

IN WITNESS WHEREOF, the undersigned has executed this Certificate of Formation as of this 27th day of September, 2019.

By: _____
Name: Aaron Baratta
Title:   Authorized Person

*[Signature page to Certificate of Formation]*

TRADEMARK
REEL: 006772 FRAME: 0531