# Exhibit B

# March 14, 2022 Investigator 1 Text Screenshots



# March 22, 2022 Investigator 2 Text Screenshots



# April 13, 2022 Investigator 3 Text Screenshots

Medication can help you lose weight in combination with a healthy lifestyle.

After reviewing your information, I recommend Naltrexone 50 mg + Bupropion SR 150 mg as the best weight-loss medications for you.

These medications treat cravings and compulsive eating. You may read the FDA approved naltrexone for opioid and alcohol use disorders, and bupropion for depression and tobacco cessation. I'm prescribing them for weight loss because there is substantial evidence supporting they are effective and safe for this use.

As a safety measure, could you please reconfirm with me here if you have any history of seizures, suicidal thoughts, heart arrhythmias, uncontrolled high blood pressure, or are currently taking or recently have taken any prescription narcotics/opioids or monoamine oxidase inhibitors (MAOIs). If not, do you want to try Naltrexone 50mg + Bupropion SR 150mg?

I don't have any of those problems, but I'm a little confused by what you say. I googled what you said and CONTRAVE came up on the search. Is that what this is? some of the reviews are good but some are not. what has been your experience? I understand people have different responses, just want to know your personal experience with people like me. I put on 30 pounds with COVID and i need to get it off!!!

I don't have any of those problems, but I'm a little confused by what you say. I googled what you said and CONTRAVE came up on the search. Is that what this is? some of the reviews are good but some are not. what has been your experience? I understand people have different responses, just want to know your personal experience with people like me. I put on 30 pounds with COVID and i need to get it off!!!

APR 13, 2022

Like you said, everyone is very different and responds differently. Weight loss has a lot of factors including lifestyle changes. If someone is on medication but doesn't make any changes or sometimes eats worse because they think the medication will do all the work, then they don't make progress. Others that incorporate lifestyle changes in with medication have a. great outcome. Yes, this is generic for Contrave

# April 13, 2022 Investigator 4 Text Screenshots



4

