# Exhibit C

February 21, 2020

**Via Certified Mail**

Found Health, Inc.
d/b/a "Torch" and "TorchRX"
1 Letterman Dr., Ste 3500
San Francisco, CA 94129

**Subject:** Avoidance of Lanham Act Dispute

To Whom It May Concern:

We represent Nalpropion Pharmaceuticals LLC ("Nalpropion"), the owner of Contrave®, in certain legal matters.

We recently became aware that Found Health, Inc. ("Found Health"), d/b/a "Torch" or "TorchRX", is marketing and prescribing two drugs — naltrexone 50 mg and bupropion SR 150 mg — as the "***generic name equivalent*** of Contrave," stating that:

> [g]eneric drugs are essentially copies of brand-name drugs that have *exactly the same* dosage, intended use, effects, side effects, route of administration, risks, safety, and strength as the original drug. In other words, their pharmacological effects are *exactly the same* as those of their brand-name counterparts.

(emphasis added).

These representations are false and/or misleading for at least the following reasons:

- Contrave® is not available as a generic drug in the United States;

- Contrave® contains different dosage strengths: 8 mg of naltrexone HCl and 90 mg of bupropion HCl;

- Contrave® contains naltrexone and bupropion in the same extended release tablet; and

- Contrave® is indicated as an adjunct to a reduced-calorie diet and increased physical activity for chronic weight management in adults with specified initial body mass indices and weight-related comorbidities. The naltrexone and

bupropion products marketed and prescribed by TorchRX are indicated for (1) treatment of alcohol dependence and for blockade of the effects of opioids (naltrexone), and (2) treatment of depression (bupropion) – <u>not</u> for chronic weight management.

These false and/or misleading statements can lead customers of TorchRX to believe that they are receiving generic versions of Contrave®, or products that are equivalent to Contrave®. Further, we understand that these false and/or misleading statements are being made to TorchRX customers by members of the "Torch Support Team" other than licensed medical professionals authorized to prescribe medications.

**State and federal laws, including 15 U.S.C. § 1125 (Section 43 of the Lanham Act), prohibit making false or misleading representations or descriptions of fact which are likely to cause confusion in connection with any goods or services.**

Please confirm in writing <u>**by close of business March 9, 2020**</u> that Found Health will take all necessary steps, including training its employees, contractors, affiliates and associated medical professionals, not to make statements that would lead its customers to believe that: (1) generic versions of Contrave® exist; (2) that separate dosage forms (e.g., naltrexone 50 mg and bupropion SR 150 mg) are the same or equivalent to Contrave®; (3) that separate dosage forms of naltrexone and bupropion (e.g., naltrexone 50 mg and bupropion SR 150 mg) are indicated for, or intended to be used for, weight management; (4) that separate dosage forms of naltrexone and bupropion (e.g., naltrexone 50 mg and bupropion SR 150 mg) will have the same pharmacological effects as Contrave®; that separate dosage forms of naltrexone and bupropion (e.g., naltrexone 50 mg and bupropion SR 150 mg) are the same dosage strength as Contrave®; or (5) they are receiving products that are the same or equivalent to Contrave®.

Considering your false and misleading statements have significant potential to negatively impact patients, Nalpropion feels obligated to report your practice to the FDA. Additionally, should Found Health not take actions to immediately cease making such false and misleading statements, Nalpropion reserves the right to take all necessary steps to protect its rights related to Contrave®.

Erika J. Senska, Esq.
Vice President, Associate General Counsel
Chief Compliance Officer

Cc: Bryan Rakes, Esq.
Cc: Chris Borello, Esq.