# Exhibit D

Erika J. Senska, Esq.
Vice President, Associate General Counsel
Chief Compliance Officer
Currax Pharmaceuticals LLC
10 Park North Place, Suite 201
Morristown, New Jersey 07960

Dear Ms. Senska:

We are writing in response to your letter to Found Health, Inc. (d/b/a "Torch"), dated February 24, 2020, concerning one of our company representative's references to Contrave®. We reviewed this matter internally. We believe it was an isolated incident. However, we reiterated to all employees the points you raised in your letter. We do not expect a recurrence.

We believe the steps above address Currax's concerns.

Sincerely,

Emily Yudofsky, Founder & CEO
Owen Boochever, Founder & COO

14745289v1