JOHN S. WORDEN
VENABLE LLP
101 California Street, Suite 3800
San Francisco, CA 94111
Telephone:   415-653-3750
Facsimile:    415-653-3755

Attorneys for Plaintiffs
CURRAX PHARMACEUTICALS LLC and NALPROPION PHARMACEUTICALS LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CURRAX PHARMACEUTICALS LLC and NALPROPION PHARMACEUTICALS LLC<br><br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>FOUND HEALTH, INC. f/k/a TORCH RX<br><br>　　　　　　　　　Defendant. | Case No. 3:23-cv-00977-WHO<br><br>**STIPULATION AND [PROPOSED] ORDER CONSENTING TO PLAINTIFFS' FILING AN AMENDED COMPLAINT** |

## STIPULATION AND ORDER

Pursuant to Federal Rule of Civil Procedure 15, Defendant Found Health, Inc. ("Found"), after review of Plaintiffs' Proposed Amended Complaint (the "PAC"), consents to Plaintiffs filing of the PAC under the conditions enumerated in this Stipulation.

First, Found consents to the filing of the PAC only on behalf of itself and not on behalf of any parties added by the PAC.

Second, Found reserves its rights to challenge the merits of the PAC, or the futility of its claims, on a motion to dismiss.

Third, Found will have 45 days from the filing of the PAC to move to dismiss any or all claims.

Fourth, Found only consents to the Motion to the extent that any confidential information, designated under the Stipulated Protective Order (Doc. #34) in this case, included in the PAC, is filed under seal.

Plaintiffs agree to the above enumerated terms of this Stipulation and to file the PAC pursuant to the same.

Date: January 19, 2024

Respectfully submitted,
/s/ John S. Worden
John S. Worden

**VENABLE LLP**
John S. Worden
jsworden@venable.com
101 California Street, Suite 3800
San Francisco, CA 94111
Phone: (415) 653-3750

Leonard L. Gordon (Pro Hac Vice)
(llgordon@venable.com)
Christopher P. Borello (Pro Hac Vice Forthcoming)
cborello@venable.com
151 West 42nd Street
New York, NY 10036
Phone: (212) 307-5500
Fax: (212) 307-5598

William C. Lawrence (Pro Hac Vice )

-2-

Case No. 3:23-cv-00977-WHO    STIPULATION

wclawrence@venable.com
600 Massachusetts Ave., NW
Washington, D.C. 20001
Phone: (202) 344-4000
Fax: (202) 344-8300

/s/ Greg Gilchrist
Greg Gilchrist
Sophy Tabandeh

Attorneys for Defendant
FOUND HEALTH INC.

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.** PLAINTIFF SHALL FILE THE AMENDED COMPLAINT AND FOUND SHALL HAVE FORTY FIVE (45) DAYS TO ANSWER OR OTHERWISE RESPOND.

Date:_____   _____
                             THE HONORABLE WILLIAM H. ORRICK,
                             UNITED STATES DISTRICT COURT JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was served on all counsel of record via the Court's CM/ECF system on January 19, 2024.

Dated: January 19, 2024                    */s/ William C. Lawrence*
                                           William C. Lawrence

# ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: January 19, 2024                    */s/ William C. Lawrence*
                                           William C. Lawrence