VENABLE LLP
John S. Worden
jsworden@venable.com
101 California Street, Suite 3800
San Francisco, CA 94111
Telephone:   415-653-3750
Facsimile:    415-653-3755

Christopher P. Borello (Pro Hac Vice Forthcoming)
cborello@venable.com
1270 Avenue of Americas, 24th Floor
New York, NY 10020
Telephone:   212-307-5500
Facsimile:    212-307-5598

Leonard L. Gordon (Pro Hac Vice)
lgordon@venable.com
William C. Lawrence (Pro Hac Vice)
wclawrence@venable.com
600 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone:   202-344-4000
Facsimile:    202-344-8300

Attorneys for Plaintiffs
CURRAX PHARMACEUTICALS LLC and NALPROPION PHARMACEUTICALS LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CURRAX PHARMACEUTICALS LLC and NALPROPION PHARMACEUTICALS LLC<br><br>           Plaintiffs,<br><br>     v.<br><br>FOUND HEALTH INC. f/k/a TORCH RX, et al.,<br><br>           Defendants. | Case No. 3:23-cv-00977-WHO<br><br>**EXHIBITS A – D TO CURRAX PHARMACEUTICALS LLC AND NALPROPION PHARMACEUTICALS LLC'S AMENDED COMPLAINT** |

Case No. 3:23-cv-00977-WHO