GREGORY S. GILCHRIST (Cal. Bar No. 111536)
SOPHY J. TABANDEH (Cal. Bar No. 287583)
PAYMANEH PARHAMI (Cal. Bar No. 335604)
VERSO LAW GROUP LLP
565 Commercial Street, 4th Floor
San Francisco, CA 94111
Telephone: (415) 534-0495
Email: greg.gilchrist@versolaw.com
       sophy.tabandeh@versolaw.com
       paymaneh.parhami@versolaw.com

*Attorneys for Defendants*
*Found Health, Inc.,*
*Pippen Health of California, P.C.,*
*Pippen Health of Delaware, P.A.,*
*Pippen Health of Texas, P.A., and*
*Pippen Health of New Jersey, P.A.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURRAX PHARMACEUTICALS LLC and NALPROPION PHARMACEUTICALS LLC,<br><br>    Plaintiffs,<br><br>vs.<br><br>FOUND HEALTH, INC. f/k/a TORCH RX, PIPPEN HEALTH OF CALIFORNIA, P.C., PIPPEN HEALTH OF DELAWARE, P.A., PIPPEN HEALTH OF TEXAS, P.A., AND PIPPEN HEALTH OF NEW JERSEY, P.A.,<br><br>    Defendants. | Case No.: 3:23-cv-00977-WHO<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS TO DISMISS FIRST AMENDED COMPLAINT** |

Plaintiffs Currax Pharmaceuticals LLC and Nalpropion Pharmaceuticals LLC (collectively, "Plaintiffs") and Defendants Found Health, Inc., Pippen Health of California, P.C., Pippen Health of Delaware, P.A., Pippen Health of Texas, P.A., and Pippen Health of New Jersey, P.A. (collectively "Defendants"), by and through their counsel of record, hereby stipulate as follows:

1.  On March 11, 2024, Defendants filed their Motion to Dismiss First Amended Complaint.

2.  Plaintiffs and Defendants have agreed that Plaintiffs will have an extension of seven

1  days to file a responsive pleading, moving the response deadline from March 25, 2024, to April 1,
2  2024

3      3.   Plaintiffs and Defendants have further agreed that Defendants will have an extension of
4  seven days to file their reply brief, moving the reply deadline from April 1, 2024 to April 8, 2024.

Dated: March 13, 2024                             Respectfully submitted,

**VERSO LAW GROUP LLP**

*/s/ Gregory S. Gilchrist*
Gregory S. Gilchrist
Sophy J. Tabandeh
Paymaneh Parhami

*Attorneys for Defendants*
*Found Health, Inc.,*
*Pippen Health of California, P.C.,*
*Pippen Health of Delaware, P.A.,*
*Pippen Health of Texas, P.A., and*
*Pippen Health of New Jersey, P.A.*


**VENABLE LLP**

/s/ *Leonard L. Gordon*
Leonard L. Gordon
John S. Worden
jsworden@venable.com
101 California Street, Suite 3800
San Francisco, CA 94111
Phone:  (415) 653-3750

Christopher P. Borello (*Pro Hac Vice* Forthcoming)
cborello@venable.com
Leonard L. Gordon (*Pro Hac Vice*)
lgordon@venable.com
151 West 42nd Street, 49th Floor
New York, NY 10036
Phone:  (212) 307-5500
Fax:  (212) 307-5598

William C. Lawrence (*Pro Hac Vice*)
wclawrence@venable.com
600 Massachusetts Ave., NW
Washington, D.C. 20001
Phone:  (202) 344-4000
Fax:  (202) 344-8300

**SIGNATURE ATTESTATION**

I attest that concurrence in the filing of this document has been obtained from each of the other signatories, which will serve in lieu of their signatures on the document.

Dated:  March 13, 2024

*/s/ Gregory S. Gilchrist*
Gregory S. Gilchrist

**~~PROPOSED~~ ORDER**

Good cause appearing, it is hereby **ORDERED**. The hearing remains set for May 1, 2024.

_____
Honorable William H. Orrick
United States District Judge